Sammy Rodgers
2201 South Broadway Street
Little Rock, Arkansas 72206
718-509-9288
milktrain@live.com

February 3, 2016

Clerk, United States District Court
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722

In re: Sammy Rodgers v. American Airlines

To the Clerk:

Please construe this letter as a motion to proceed without paying the filing fee under the Railway Labor Act, 45 USC 153(p). Specifically, 45 USC 153(p) states that a petitioner under the RLA shall not be liable for any costs and that all expenses of the suit shall come from the budget for the court.

Pursuant to this statute, there is no filing fee for initiating this proceeding or any other costs.

To avoid confusion, I am submitting this letter motion with the lawsuit document so that an appropriate Order can be entered waiving the filing fee pursuant to 45 USC 153(p).

Respectfully submitted,

Sammy Rodgers

[Stamps: FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. FEB 04 2016 LONG ISLAND OFFICE; CV16-00731; CHEN, J.; REYES, M.J.]