UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
SAMMY RODGERS,

                              Plaintiff,

v.

AMERICAN AIRLINES, INC.,

and

ASSOCIATION OF PROFESSIONAL FLIGHT
ATTENDANTS

                              Defendants.
-------------------------------------------------------------------------------X

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**Case No: 16-cv-00731 (PKC)(RER)**

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned moves this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Bredhoff & Kaiser P.L.L.C., and a member in good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendant Association of Professional Flight Attendants. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

   /s/ John M. West_____
John M. West
BREDHOFF & KAISER, P.L.L.C.
805 15th Street, N.W. Suite 1000
Washington, DC 20005
jwest@bredhoff.com
Telephone: (202) 842-2600

Dated: April 18, 2016

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2016, a true an correct copy of the foregoing document was filed electronically pursuant to the Court's electronic filing procedures and served on Plaintiff, via UPS overnight delivery and email, to:

Sammy Rodgers
2201 South Broadway Street
Little Rock, Arkansas 72206
milktrain@live.com

           /s/ John M. West
           John M. West

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMMY RODGERS,

                         Plaintiff,

v.

AMERICAN AIRLINES, INC.,

and

ASSOCIATION OF PROFESSIONAL FLIGHT
ATTENDANTS

                        Defendants.
-----------------------------------------------------------------X

**AFFIDAVIT OF JOHN M. WEST IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Case No: 16-cv-00731 (PKC)(RER)

City of Washington  )
                          ) ss:
District of Columbia )

John M. West, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Bredhoff & Kaiser, P.L.L.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant Association of Professional Flight Attendants.

John M. West
BREDHOFF & KAISER, P.L.L.C.
805 15th Street, N.W. Suite 1000
Washington, DC 20005
jwest@bredhoff.com
Telephone:   (202) 842-2600

Dated: April 18, 2016

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 18th day of APRIL, 2016

Stephanie A. Baker, Notary Public, D.C.
My commission expires May 14, 2020.



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JOHN M. WEST

was on     JULY 25, 1990     duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 15, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

SAMMY RODGERS,

                                Plaintiff,

v.

AMERICAN AIRLINES, INC.,

and

ASSOCIATION OF PROFESSIONAL FLIGHT
ATTENDANTS

                                Defendants.

-------------------------------------------------------------------------X

**ADMISSION TO PRACTICE *PRO HAC VICE***

Case No: 16-cv-00731 (PKC)(RER)

      The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney John M. West is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Association of Professional Flight Attendants.

      This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated:

                                                                        _____

                                                                        United States District Judge

cc: *Pro Hac Vice* Attorney
     Court File